THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| WESLEY THOMPSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UTAH COURT OF APPEALS,<br><br>　　　　　Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:25-CV-109-AMA<br><br>District Judge Ann Marie McIff Allen |

　　　　Plaintiff, Wesley Thompson, a Utah state inmate, filed a *pro se* civil complaint. (*See* ECF No. 1). Because Plaintiff had, three or more prior times while incarcerated, filed an action dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 U.S.C. § 1915(g), the Court concluded that Plaintiff could not proceed *in forma pauperis* but must pay his entire $350 filing fee up front. (ECF No. 9 (filed Sept. 29, 2025).) The Court warned that Plaintiff's action would be dismissed unless he paid the full filing fee within thirty days. (*Id.*) Plaintiff has not since paid the full filing fee, instead writing a letter to the Court stating, "I cannot pay the fee up front, and will be abandoning this complaint/case." (ECF No. 12.)

　　　　Based on Plaintiff's failure to pay the full filing fee and to further prosecute this action, **IT IS ORDERED** that this action is **DISMISSED** without prejudice. **IT IS FURTHER**

**ORDERED** that the initial partial filing fee of $0.09 mistakenly sent from Plaintiff's Utah Department of Corrections' inmate account shall be refunded by the Court's clerk's office.

DATED this 17th day of November 2025.

BY THE COURT:

_____
ANN MARIE MCIFF ALLEN
United States District Judge